

**DANIEL L. HARRALSON, #109322**
THE DANIEL HARRALSON LAW FIRM
A Professional Corporation
P.O. Box 26688
Fresno, California  93729-6688
Telephone (559) 486-4560
Facsimile (559) 486-4320

Attorney for Defendant:   MARCUS MAJOR

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. CR-F-07 0156 LJO |
| Plaintiff, | ) **Order to File Declaration Under Seal** |
| vs. | ) |
| MARCUS MAJOR, | ) |
| Defendants. | ) |

**IT IS HEREBY ORDERED** that the Declaration of Mr. Daniel L. Harralson, regarding the above listed matter, and dated August 8, 2008, shall be filed Under Seal.

IT IS SO ORDERED.

Dated:   __August 8, 2008__            _____/s/ Lawrence J. O'Neill_____
                                              UNITED STATES DISTRICT JUDGE