```
LAWRENCE G. BROWN
United States Attorney
KIMBERLY A. SANCHEZ
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, CA   93721
Telephone: (559) 497-4000
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:07-cr-00156 LJO |
| Plaintiff, ) | STIPULATION AND ORDER FOR EXTENSION OF TIME FOR GOVERNMENT TO FILE RESPONSE TO DEFENDANT'S MOTION TO SUPPRESS AND DISMISS |
| v. ) | |
| MARCUS MAJOR, et al. ) | |
| Defendants. ) | |

   IT IS HEREBY STIPULATED by and between Lawrence G. Brown, United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney John Garland, attorney for defendant Major, that the due date of August 21, 2009 for the government's response to defendants' motions in limine be extended to August 28, 2009. The hearing on said motions is scheduled for September 4, 2009, and there is no request to move that hearing date.

   Undersigned counsel has had numerous other filing deadlines and work obligations that have precluded her from completing responses to the defendants' motions, including preparing for more than one trial, working on responses to various other defense motions in other cases that had deadlines near the one in the instant matter, as well as attending to other daily responsibilities.  Additionally, undersigned counsel just

1  returned from annual leave.  Thus, undersigned counsel has had
2  insufficient time to prepare responses to the defendant's
3  motions, and respectfully requests this Honorable Court to allow
4  until August 28, 2009 for responses to be filed.  The only motion
5  filed to which the government has not yet responded was filed by
6  defendant Major.  Undersigned counsel has spoken with John
7  Garland, counsel for defendant Major, and he has no objection to
8  the request.
9      Thus, the government respectfully requests this Honorable
10 Court to issue an order granting an extension of time to file the
11 government's response to defendants' motions in limine to August
12 28, 2009.

13 Dated: August 21, 2009                Respectfully submitted,

14                                       LAWRENCE G. BROWN
                                         United States Attorney
15
                                    By   /s/ Kimberly A. Sanchez
16                                       KIMBERLY A. SANCHEZ
                                         Assistant U.S. Attorney
17
   Dated: August 21, 2009                /s/ John F. Garland
18                                       ROGER LITMAN
                                         Attorney for Marcus Major
19

20 IT IS SO ORDERED.

21 **Dated:   August 25, 2009**           **/s/ Lawrence J. O'Neill**
                                          UNITED STATES DISTRICT JUDGE