# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MARCUS MAJOR, JORDAN HUFF,<br><br>　　　　　Defendants.<br>_____/ | Case No. 1:07CR00156 LJO<br><br><br>**ORDER TO THE UNITED STATES MARSHAL** |

　　　The Court has considered the Oral Motion by Defense Counsel Blickenstaff and Garland. The Court, on a limited basis, grants the ONE TIME exception to the Order Prohibiting Public Communication as follows:

　　　1. Defendant Marcus Major may have a visit during the Thanksgiving weekend from his mother, Gwendolyn Major, BUT ONLY in the presence of Counsel John Garland. Said visit will take place on Friday, November 27, 2009 at 2:00p.m. at the request of defense counsel John Garland.

　　　2. Defendant Jordan Huff may have a visit during the Thanksgiving weekend from his minor daughter Jaydan (5) (mother of daughter is Latisha Logan), but only in the presence of Counsel Dale Blickenstaff.  Said visit will take place on Saturday, November 28, 2009 at 12:00pm (noon).

　　　In all other respects, the Order prohibiting communication remains intact and in force. IT IS SO ORDERED.

**Dated:**　**November 25, 2009**　　　　　　　/s/ Lawrence J. O'Neill  
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE