**FILED**

DEC 2 2 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARCUS MAJOR,<br><br>JORDAN HUFF,<br><br>Defendants. | Case No. 1:07CR00156 LJO<br><br>**ORDER ON INMATE CONTACT WITH THE PUBLIC** |

The Jury has now returned its verdict against Defendants Marcus Major and Jordan Huff. The Order dated November 18, 2009 concerning communication and visits is now lifted. Whatever rules concerning communication and visits that are in place at the Fresno County Jail for all other similarly housed and situated inmates shall pertain to Defendants Major and Huff.

Dated: December 22, 2009

_____
HONORABLE LAWRENCE J. O'NEILL
UNITED STATES DISTRICT JUDGE

1