Jerald Lee Brainin
Law Offices
State Bar #53207
P.O. Box 66365
Los Angeles, CA 90066
Telephone: 310-397-3910
Facsimile: 310-737-1702

Attorney for Defendant/Appellant
MARCUS MAJOR

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff-Appellee,<br><br>                      v.<br><br>MARCUS MAJOR,<br><br>           Defendant-Appellant. | DC Case No. 07-CR-00156<br><br>ORDER |

   Upon the petition of appellate counsel, Jerald Brainin,

   IT IS HEREBY ORDERED that he be relieved of any further representation in the above-entitled district court case.  Although not anticipated, any further district court level activity will require local counsel John Garland (trial counsel) to represent Defendant Major.

Dated: April 3, 2012          _/s/ Lawrence J. O'Neill_____
                              LAWRENCE J. O'NEILL
                              United States District Court Judge

1