1

2

3

4

5

6

7

8

9

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | 1:07-CR-0156-LJO 1 & 2 |
| Plaintiff-Respondent, | ORDER FOR OPPOSITION |
| v. | |
| JORDAN HUFF and MARCUS MAJOR, | |
| Defendants-Petitioners. | |

10   Petitioners Jordan Huff and Marcus Major are currently serving state sentences in California.

11 Upon release from state custody, both are set to begin sentences imposed in this case based upon

12 convictions related to a spree of armed robberies. Petitioner Huff's federal sentence is 742 years and one

13 month; Petitioner Major's federal sentence is 743 years and three months. Docs. 429 & 430. Both have

14 now filed identical motions pursuant to 28 U.S.C. § 2255 ("Section 2255") to vacate, set aside or correct

15 their federal sentences. Docs. 438 & 439. Having reviewed the Section 2255 motions, this Court finds

16 that resolution of the motions will be aided by the filing of oppositions by the Government. Accordingly,

17 the Government is ORDERED, no later than December 5, 2014, to file and serve oppositions (preferably

18 a combined opposition) to the Section 2255 motions. The Court shall take the Section 2255 motions

19 under submission after the opposition is filed. No further submissions shall be accepted, unless by

20 further order of this Court. In addition, no hearing is set in this matter.

21

22 **SO ORDERED**
**Dated: October 23, 2012**

23

24
                                        **/s/ Lawrence J. O'Neill**
                                        **United States District Judge**

25

26

27

28

1