UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff-Respondent,<br><br>　　v.<br><br>MARCUS MAJOR,<br><br>　　　　　Defendants-Petitioners. | 1:07-CR-0156-LJO 1 & 2<br><br>MEMORANDUM DECISION AND ORDER ON MOTION TO SUPPLEMENT 28 U.S.C. § 2255 MOTION TO VACATE, SET ASIDE, OR CORRECT SENTENCE (Doc. 444) |

　　　　Petitioner Marcus Major ("Petitioner") previously filed a motion to vacate set aside or correct sentence pursuant to 28 U.S.C. § 2255 on October 7, 2014. Doc. 438. This Court denied the motion on November 20, 2014.  Doc. 442. On November 26, 2014, Petitioner filed a request with this Court to file a supplement to his 28 U.S.C. § 2255. Doc. 444. As this Court has already ruled on Petitioner's original § 2255 motion, any supplemental filing must be viewed as a second or successive motion. 28 U.S.C. § 2255 requires "a second or successive motion [to] be certified as provided in section 2244 by a panel of the appropriate court of appeal." This Court lacks jurisdiction to rule on any second or successive motions without the certification of the court of appeal. Accordingly, the Clerk of the Court is directed to terminate this motion.

IT IS SO ORDERED.

　　Dated:   **January 7, 2015**　　　　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE