# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff-Respondent,<br><br>　　v.<br><br>MARCUS MAJOR,<br><br>　　　　　Defendant-Petitioner. | CASE NO. 1:07-CR-0156-LJO-1<br><br>ORDER SETTING BRIEFING SCHEDULE<br><br>(ECF No. 491) |

On June 23, 2016, Petitioner Marcus Major, through the Federal Defender's Office, filed a motion to vacate, set aside, or correct his sentence pursuant 28 U.S.C. § 2255 (ECF No. 491), raising issues related to *Johnson v. United States*, 135 S. Ct. 2551 (2015), and *Welch v. United States*, 136 S. Ct. 1257 (2016). Petitioner simultaneously filed an application to the Ninth Circuit for leave to file a second or successive § 2255 motion. ECF No. 491. On March 10, 2017, the Ninth Circuit granted Petitioner's application to file a second or successive § 2255 motion. ECF No. 492. Accordingly,

**IT IS HEREBY ORDERED** that the Government shall file a response to Petitioner's § 2255 motion **on or before April 18, 2017**. From the date of the Government's filing, Petitioner shall have **30 days** to file a reply.

IT IS SO ORDERED.

　　Dated:　**March 15, 2017**　　　　　　**/s/ Lawrence J. O'Neill**
　　　　　　　　　　　　　　　　　　　　UNITED STATES CHIEF DISTRICT JUDGE