# UNITED STATES DISTRICT COURT
## Eastern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA | SECOND AMENDED JUDGMENT IN A CRIMINAL CASE |
| v. | Case Number: **1:07CR00156-1** |
| **MARCUS MAJOR** | Defendant's Attorney: John Garland, Appointed |

**Date of Original Judgment:**   April 02, 2010
(Or Date of Last Amended Judgment)

**Reason for Amendment:**

[✔] Correction of Sentence for Clerical Mistake (Fed R. Crim. P. 36)
   (Corrections to Restitution )

**THE DEFENDANT:**

[ ] pleaded guilty to count(s) ___.
[ ] pleaded nolo contendere to count(s) ___ , which was accepted by the court.
[✔] was found guilty on counts   1 THROUGH 62 of the Indictment   after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:
**See next page.**

   The defendant is sentenced as provided in pages 2 through  9  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has been found not guilty on count(s) ___ .
[ ] Count(s) ___ dismissed on the motion of the United States.
[ ] Indictment is to be dismissed by District Court on motion of the United States.
[✔] Appeal rights given.        [ ] Appeal rights waived.

   It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution or fine, the defendant must notify the court and United States attorney of material changes in economic circumstances.

3/25/2010
Date of Imposition of Judgment

*Dale A. Drozd* (signature)

Signature of Judicial Officer
**Dale A. Drozd**, United States District Judge
Name & Title of Judicial Officer

12/7/2020
Date

AO 245C-CAED (Rev. 09/2019) Sheet 1 - Amended Judgment in a Criminal Case        (NOTE: Identify Changes with Asterisks*)

DEFENDANT: **MARCUS MAJOR**  
CASE NUMBER: **1:07CR00156-1**

Page 2 of 9

| Title & Section | Nature of Offense | Offense Ended | Count Number |
|---|---|---|---|
| 18 USC 1951 | CONSPIRACY TO INTERFERE WITH COMMERCE BY ROBBERY | 12/24/2005 TO 07/24/2006 | 1 |
| 18 USC 924(o) | CONSPIRACY TO USE, CARRY, BRANDISH, AND DISCHARGE FIREARMS DURING AND IN RELATION TO A CRIME OF VIOLENCE | 12/24/2005 TO 07/24/2006 | 2 |
| 18 USC 924(c) | DISCHARGING A FIREARM DURING AND IN THE RELATION TO A CRIME OF VIOLENCE | 12/24/2005 TO 07/24/2006 | 3 through 8 |
| 18 USC 924(c) | BRANDISHING A FIREARM DURING AND IN RELATION TO A CRIME OF VIOLENCE | 12/24/2005 TO 07/24/2006 | 9 through 32 |
| 18 USC 1951 | INTERFERENCE WITH COMMERCE BY ROBBERY | 12/24/2005 TO 07/24/2006 | 33 through 62 |

AO 245B-CAED (Rev. 09/2019) Sheet 2 - Imprisonment

DEFENDANT: **MARCUS MAJOR**  
CASE NUMBER: **1:07CR00156-1**

Page 3 of 9

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:
135 months on each of Counts 1, 2, and 33 through 62, to be served concurrently to each other, and a term of 84 months on Count 9, to be served consecutively to the term imposed in Counts 1, 2, and 33 through 62, and a term of 300 months on each of Counts 3 through 8 and 10 through 32 , to be served consecutively to the terms imposed in Counts 1, 2, and 33 through 62 and Counts 3 through 8 and 10 through 32 to the extent necessary to produce a total term of 8,919 months imprisonment..

- [ ] No TSR: Defendant shall cooperate in the collection of DNA.

- [ ] The court makes the following recommendations to the Bureau of Prisons:

- [✓] The defendant is remanded to the custody of the United States Marshal.

- [ ] The defendant shall surrender to the United States Marshal for this district
    - [ ] at ___ on ___.
    - [ ] as notified by the United States Marshal.

- [ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    - [ ] before ___ on ___.
    - [ ] as notified by the United States Marshal.
    - [ ] as notified by the Probation or Pretrial Services Officer.
    
    If no such institution has been designated, to the United States Marshal for this district.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____
at _____, with a certified copy of this judgment.

_____  
United States Marshal

_____  
By Deputy United States Marshal

AO 245B-CAED (Rev. 09/2019) Sheet 3 - Supervised Release

DEFENDANT: **MARCUS MAJOR**
CASE NUMBER: **1:07CR00156-1**

Page 4 of 9

## SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of:
<u>36 months on Counts 1, 2, and 33 through 62, and 60 months on Counts 3 through 32, all to be served concurrently for a total term of 60 months.</u>.

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state, or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, not to exceed four (4) drug tests per month.

- [ ] The above drug testing condition is suspended based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

- [✓] The defendant shall not possess a firearm, destructive device, or any other dangerous weapon. (Check, if applicable.)

- [✓] The defendant shall submit to the collection of DNA as directed by the probation officer. (Check, if applicable.)

- [ ] The defendant shall register and comply with the requirements in the federal and state sex offender registration agency in the jurisdiction of conviction, Eastern District of California, and in the state and in any jurisdiction where the defendant resides, is employed, or is a student. (Check, if applicable.)

- [ ] The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

If this judgment imposes a fine or a restitution obligation, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

DEFENDANT: **MARCUS MAJOR**  
CASE NUMBER: **1:07CR00156-1**

Page 5 of 9

# STANDARD CONDITIONS OF SUPERVISION

1. the defendant shall not leave the judicial district without permission of the court or probation officer;
2. the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3. the defendant shall answer truthfully all inquiries by the probation officer and follow instructions of the probation officer;
4. the defendant shall support his or her dependants and meet other family responsibilities;
5. the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons;
6. the defendant shall notify the probation officer ten days prior to any change in residence or employment;
7. the defendant shall refrain from excessive use of alcohol;
8. the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9. the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
10. the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere, and shall permit confiscation of any contraband observed in plain view by the probation officer;
11. the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12. the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13. as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B-CAED (Rev. 09/2019) Sheet 3 - Supervised Release

DEFENDANT: **MARCUS MAJOR**  
CASE NUMBER: **1:07CR00156-1**

## SPECIAL CONDITIONS OF SUPERVISION

1. The defendant shall submit to the search of his person, property, home, and vehicle by a United States probation officer, or any other authorized person under the immediate and personal supervision of the probation officer, based upon reasonable suspicion, without a search warrant. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other residents that the premises may be subject to searches pursuant to this condition.

2. The defendant shall not dispose of or otherwise dissipate any of his assets until the fine and/or restitution order by this Judgment is paid in full, unless the defendant obtains approval of the Court or the probation officer.

3. The defendant shall provide the probation officer with access to any requested financial information.

4. The defendant shall not open additional lines of credit without the approval of the probation officer.

5. As directed by the probation officer, the defendant shall participate in an outpatient correctional treatment program to obtain assistance for drug or alcohol abuse.

6. As directed by the probation officer, the defendant shall participate in a program of testing (i.e. breath, urine, sweat patch, etc.) to determine if he has reverted to the use of drugs or alcohol.

7. As directed by the probation officer, the defendant shall participate in a program of outpatient mental health treatment.

8. As directed by the probation officer, the defendant shall participate in a co-payment plan for treatment or testing and shall make payment directly to the vendor under contract with the United States Probation Office of up to $25 per month.

AO 245B-CAED (Rev. 09/2019) Sheet 5 - Criminal Monetary Penalties

DEFENDANT: **MARCUS MAJOR**  
CASE NUMBER: **1:07CR00156-1**

Page 7 of 9

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the Schedule of Payments on Sheet 6.

**TOTALS**

| Processing Fee | Assessment | AVAA Assessment* | JVTA Assessment** | Fine | Restitution |
|---|---|---|---|---|---|
| $6200.00 | $0.00 | $0.00 | $0.00 | $0.00 | $33,940.00 |

[ ]  The determination of restitution is deferred until ___ . An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

[✓]  The court orders the defendant to pay restitution to the victim(s) as outlined in the Restitution Attachment on Sheet 5B.

In addition, the court gives notice that this case involves other defendants, or may involve other defendants, who may be held jointly and severally liable for payment of all or part of the restitution ordered herein and may order such payment in the future. Such future orders do not increase the amount of restitution ordered against the defendant.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

[ ]  Restitution amount ordered pursuant to plea agreement $ ___

[ ]  The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

[ ]  The court determined that the defendant does not have the ability to pay interest and it is ordered that:

   [ ]  The interest requirement is waived for the    [ ] fine    [ ] restitution

   [ ]  The interest requirement for the    [ ] fine    [ ] restitution is modified as follows:

[ ]  If incarcerated, payment of the fine is due during imprisonment at the rate of not less than $25 per quarter and payment shall be through the Bureau of Prisons Inmate Financial Responsibility Program.

[✓]  If incarcerated, payment of the restitution is due during imprisonment at the rate of not less than $25 per quarter and payment shall be through the Bureau of Prisons Inmate Financial Responsibility Program.

\* Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018, Pub. L. No. 115-299  
\*\* Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.  
\*\*\* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

DEFENDANT: **MARCUS MAJOR**  
CASE NUMBER: **1:07CR00156-1**

Page 8 of 9

## RESTITUTION PAYMENTS

Restitution of $33,940.00, jointly and severally with co-defendant Jordan Huff (1:07-cr-00156-2), to:

| | |
|---|---|
| AM/PM<br>FRESNO, CA 93722<br>$300.00 | AM/PM<br>FRESNO, CA 93722<br>$200.00 |
| AM/PM MARKET<br>MADERA, CA 93637<br>$300.00 | BROADWAY LIQUOR<br>FRESNO, CA 93711<br>$758.00 |
| BROADWAY LIQUOR<br>FRESNO, CA 93711<br>$200.00 | BULLDOG LIQUOR STORE<br>FRESNO, CA 93726<br>$950.00 |
| CHURCH MARKET<br>FRESNO, CA 93725<br>$7,500.00 | DOLLAR TREE STORE<br>FRESNO, CA 93726<br>$5,000.00 |
| EVERGREEN FOOD MARKET<br>FRESNO, CA 93722<br>$650.00 | FAIR PRICE MARKET<br>FRESNO, CA 93705<br>$500.00 |
| FAST TRIP MARKET<br>FRESNO, CA 93703<br>$300.00 | FAST TRIP STORE<br>FRESNO, CA 93703<br>$300.00 |
| G-MART<br>FRESNO, CA 93703<br>$1,000.00 | GET N GO MARKET<br>FRESNO, CA 93727<br>$250.00 |
| JACK IN THE BOX<br>FRESNO, CA 93722<br>$600.00 | KEG AND CORK LIQUOR STORE<br>FRESNO, CA 93726<br>$2,300.00 |
| KEG AND CORK LIQUOR STORE<br>FRESNO, CA 93726<br>$1,500.00 | KRISHAN L. SACHDEVA<br>FRESNO, CA 93722<br>$1,000.00 |
| LIQUOR ZONE<br>FRESNO, CA 93705<br>$250.00 | MCL MARKET<br>FRESNO, CA 93703<br>$4,000.00 |
| MCL MARKET<br>FRESNO, CA 93703<br>$200.00 | PARKWAY MINI MART<br>FRESNO, CA 93722<br>$900.00 |
| PARKWAY MINI MART<br>FRESNO, CA 93722<br>$800.00 | QUICK PICK MARKET C/O RAVINDER THAPER<br>FRESNO, CA 93722<br>$1,600.00 |
| RS DISCOUNT STORE<br>FRESNO, CA 93722<br>$400.00 | RS DISCOUNT STORE<br>FRESNO, CA 93722<br>$600.00 |
| VALERO GAS STATION<br>FRESNO, CA 93705<br>$267.00 | VALERO GAS STATION<br>MADERA, CA 93637<br>$175.00 |
| VALERO GAS STATION<br>MADERA, CA 93637<br>$90.00 | Y & G T-SHIRT OUTLET<br>FRESNO, CA 93703<br>$1,050.00 |

AO 245B-CAED (Rev. 09/2019) Sheet 6 - Schedule of Payments

DEFENDANT: **MARCUS MAJOR**  
CASE NUMBER: **1:07CR00156-1**

Page 9 of 9

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

A. [✓] Lump sum payment of $ __40,140.00__ due immediately, balance due

    [ ] Not later than ___, or  
    [ ] in accordance    [ ] C,    [ ] D,    [ ] E, or    [ ] F below; or

B. [ ] Payment to begin immediately (may be combined with   [ ] C,   [ ] D,   or [ ] F below); or

C. [ ] Payment in equal ___ *(e.g. weekly, monthly, quarterly)* installments of $ ___ over a period of ___ *(e.g. months or years)*, to commence ___ *(e.g. 30 or 60 days)* after the date of this judgment; or

D. [ ] Payment in equal ___ *(e.g. weekly, monthly, quarterly)* installments of $ ___ over a period of ___ *(e.g. months or years)*, to commence ___ *(e.g. 30 or 60 days)* after release from imprisonment to a term of supervision; or

E. [ ] Payment during the term of supervised release/probation will commence within ___ *(e.g. 30 or 60 days)* after release from imprisonment. The court will set the payment plan based on an assessment of the defendants ability to pay at that time; or

F. [ ] Special instructions regarding the payment of criminal monetary penalties:

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

[ ] The defendant shall pay the cost of prosecution.

[ ] The defendant shall pay the following court cost(s):

[ ] The defendant shall forfeit the defendant's interest in the following property to the United States: The Preliminary Order of Forfeiture is hereby made final as to this defendant and shall be incorporated into the Judgment.

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) AVAA assessment, (5) fine principal, (6) fine interest, (7) community restitution, (8) JVTA assessment, (9) penalties, and (10) costs, including cost of prosecution and court costs.