UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 1:07-CR-00156-1 |
| | ) | |
| Plaintiff, | ) | **ORDER APPOINTING COUNSEL** |
| | ) | |
| vs. | ) | |
| | ) | |
| MARCUS MAJOR, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The Defendant has satisfied this Court that he is financially unable to obtain counsel and wishes counsel to be appointed to represent him on Compassionate Release.  Therefore, in the interests of justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A, the Court **ORDERS** that Elizabeth H. Richardson-Royer is appointed to represent the above defendant in this case effective *nunc pro tunc* to December 22, 2025, substituting the Federal Defenders Office appointed per G.O. 595.

IT IS SO ORDERED.

Dated:   **January 12, 2026**

_____
UNITED STATES DISTRICT JUDGE